**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**FILED** FEB 2 0 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Wells Fargo Vendor Financial Services, L.L.C. | 3:19-mc-01775 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Naval Coating, Inc. | Writ of Possession |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Naval Coating, Inc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3475 E. Street, San Diego, California 92102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Wells Fargo Vendor Financial Services, L.L.C. c/o Holly J. Nolan, Esq.<br>Solomon Grindle Lidstad & Wintringer, APC<br>11682 El Camino Real, Suite 250, San Diego, California 92130 | Number of process to be served with this Form 285 | One |
| | Number of parties to be served in this case | One |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (858) 793-8500
DATE: 1/31/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 98
District to Serve No. 98
Signature of Authorized USMS Deputy or Clerk
Date: 2/3/20

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 2/19/2020  Time: 2:45 ☒ pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy: 4671

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 260.00 | 3.27 | | 263.27 | 263.27 | |

**REMARKS**

DUSM Moore #4671 + DUSM Andrews #4771

1pm - 3pm

$65 hour x 2 deputies x 2 hours = $260.00
mileage 3miles roundtrip @ .545 $3.27

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE